NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-10-0000135**
**27-JUN-2012**
**08:59 AM**

NO. CAAP-10-0000135

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

EMA F. KOMOMUA, nka Ema Z. Franco,
Plaintiff-Appellant/Cross-Appellee,
v.
ROYALE K. KOMOMUA,
Defendant-Appellee/Cross-Appellant

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-DIVORCE NO. 07-1-2758)

ORDER DENYING DEFENDANT-APPELLEE/
CROSS-APPELLANT'S MOTION FOR
RECONSIDERATION OF MEMORANDUM OPINION
(By:  Foley, Presiding J., Fujise and Reifurth, JJ.)

Upon consideration of Defendant-Appellee/Cross-Appellant's June 12, 2012, Motion for Reconsideration of the Intermediate Court of Appeals' Memorandum Opinion filed May 30, 2012, the memorandum/papers in support of the motion, and the records and files in this case,

IT IS HEREBY ORDERED that the motion is denied.

DATED:  Honolulu, Hawaii, June 27, 2012.

On the motion:

A. Debbie Jew
for Defendant-Appellee/
Cross-Appellant.

Presiding Judge

Associate Judge

Associate Judge